# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 14, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151241(20)(21)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JERRY WAYNE SMITH,
      Defendant-Appellant.

_____/

SC: 151241
COA: 324637
Washtenaw CC: 78-012931-FC

On order of the Chief Justice, the motions of defendant-appellant to extend the time for filing his reply and to exceed the page limitation of the reply are GRANTED. The 17-page reply submitted on July 2, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 14, 2015

